# Drohan Lee

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2025

Vivian Rivera Drohan

T (212)710-0004

vdrohan@dlkny.com

May 6, 2025

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*OK,*
*Conference adjourned.*

Re:   S.Q. et al. v. N.Y.C. Dep't of Educ., 25-cv-02382 (CM)(RWL)

Dear Judge McMahon,

*Colleen McMahon*
*5/6/2025*

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

Defendant, with Plaintiffs' consent, respectfully submits this letter to request an adjournment, *sine die*, of the Initial Conference scheduled for May 8, 2025, ECF No. 6. At this time, Defendant is reviewing the underlying administrative and billing records and processing this matter for settlement. In accordance with the Court's Individual Practices and Procedures, the parties have stipulated to a proposed summary judgment briefing schedule in the event this matter is not resolved, as follows:

- Plaintiffs' motion for summary judgment will be due on or before August 14, 2025;
- Defendant's opposition will be due on or before September 15, 2025; and
- Plaintiffs' reply is due October 6, 2025.

Accordingly, Defendant respectfully requests that the Court adjourn the May 8, 2025, Initial Conference, *sine die*, and approve the parties' proposed briefing schedule.

Thank you for considering these requests.

Respectfully Submitted,

By: /s/ *Vivian Rivera Drohan*
Vivian Rivera Drohan, Esq.

cc: Steven J. Alizio, Esq. (*via* ECF)

---

Drohan Lee LLP | 5 Penn Plaza, 19th Floor, New York, NY 10001  main: (212) 710-0000  www.dlkny.com